UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-12 |
| | ) | (JARVIS/GUYTON) |
| DARYL F. SLIGH, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF DETENTION PENDING TRIAL

The above-named defendant appeared in custody before the undersigned on March 27, 2006, for an arraignment and initial appearance on an indictment. United States Attorney Tracee Plowell was present for the government and Richard L. Gaines was present on behalf of the defendant. The government moved for detention pursuant to 18 U.S.C. § 3142(e).

The defendant is currently serving a term of imprisonment on state charges, and appeared before this Court on a writ. Counsel for the defendant announced that the defendant would waive a detention hearing. The defendant executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a

corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE